No. 90–8284. RICHARDSON *v.* WITKOWSKI, WARDEN. C. A. 4th Cir. Certiorari denied.

No. 90–8285. SHERMAN *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 90–8286. PRESCOTT *v.* EVATT, COMMISSIONER, SOUTH CAROLINA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 4th Cir. Certiorari denied.

No. 90–8287. WEISS *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 90–8288. WILLIAMS *v.* GEORGIA PUBLIC TELECOMMUNICATIONS COMMISSION. C. A. 11th Cir. Certiorari denied.

No. 90–8289. RAY *v.* PACIFIC MISSILE TEST CENTER AGENCY ET AL. C. A. 5th Cir. Certiorari denied.

No. 90–8290. AUBIN *v.* NORTH CAROLINA. Ct. App. N. C. Certiorari denied.

No. 90–8291. SINGH *v.* MISSOURI DEPARTMENT OF MENTAL HEALTH. C. A. 8th Cir. Certiorari denied.

No. 90–8292. DUPARD *v.* WHITLEY, WARDEN. C. A. 5th Cir. Certiorari denied.

No. 90–8293. PALLAIS *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 90–8295. KELLY *v.* CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 90–8296. JETER *v.* UNITED STATES. Ct. App. D. C. Certiorari denied.

No. 90–8297. HALEY *v.* ARMONTROUT, WARDEN. C. A. 8th Cir. Certiorari denied.

No. 90–8298. MCKEE *v.* WASHINGTON. Sup. Ct. Wash. Certiorari denied.

No. 90–8299. MAUK *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.